# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 23-02028-DFM | Date: | June 11, 2024 |
| Title | Muhammad Usman Mustafa v. United States Citizenship and Immigration Services et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

In October 2023, Plaintiff Muhammad Usman Mustafa filed the instant action, asserting violations of the Administrative Procedure Act, the Immigration and Nationality Act, and the Fifth Amendment by Defendants United States Citizenship and Immigration Services ("USCIS"), Director of USCIS Ur Mendoza Jaddou, and Director of California Service Center of USCIS Tracy Tarango. See Dkt. 1.

On May 2, 2024, the Court issued an Order granting Defendant's Motion to Dismiss. See Dkt. 22. The Court dismissed the Complaint for lack of standing but granted Plaintiff leave to amend within thirty (30) days. See id. at 13-14. Since then, Plaintiff has not filed anything in this case, and the time to file an amended complaint has passed.

It is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within fourteen (14) days why this case should not be dismissed for failure to prosecute. If Plaintiff seeks to file a First Amended Complaint in this action, the Court will grant an extension of time to file only upon a showing of good cause. Alternatively, Plaintiff may discharge this order by filing of a notice of voluntary dismissal.